**UNITED STATES of America, Appellee,**

**v.**

**Daniel VILLALOBOS–DELGADO, Appellant.**

No. 05–2501.

United States Court of Appeals,
Eighth Circuit.

Submitted April 18, 2006.

Decided April 19, 2006.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

Robert Christopher Sigler, U.S. Attorney's Office, Omaha, NE, for Appellee.

Daniel Villalobos–Delgado, Leavenworth, KS, pro se.

Jeffrey L. Thomas, Federal Public Defender's Office, Omaha, NE, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Daniel Villalobos–Delgado appeals the 120–month prison sentence the district court[*] imposed after Villalobos–Delgado pleaded guilty to a drug-conspiracy charge. On appeal, counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which counsel raises a challenge to the sentence imposed.

The sentencing challenge fails, because in his plea agreement Villalobos–Delgado specifically agreed to receive a sentence of 120 months imprisonment. *See United States v. Nguyen*, 46 F.3d 781, 783 (8th Cir.1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge that punishment on appeal).

We have carefully reviewed the record in accordance with *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues. Accordingly, we affirm the district court's judgment, and we grant counsel leave to withdraw.

---

[*] The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.